| DEBTOR AND ACCOUNT NUMBER | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|
| 1) 00-04-11355 STEVEN W. HOGSETH<br>UNICEL, 6 TELCOM DR., BANGOR, ME 04401    UNCLAIMED FUNDS | 9.66 | 0.00<br>Claim #034 | -9.66 |
| 00-07-10030 CATHERINE J. CHAMBERLAIN<br>LYNN PUBLICATIONS, 462 HEGEMAN AVE, STE 905    UNCLAIMED FUNDS | 19.43 | 0.00<br>Claim #022 | -19.43 |
| Totals: | 29.09 | 0.00 | |

② LYNN PUBLICATIONS
462 HEGEMAN AVE., STE 905
COLCHESTER, VT 05446